

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

# MEMO ENDORSED

October 31, 2019

**VIA ECF**

Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse for the Southern District of New York
500 Pearl St., Courtroom 20D
New York, New York 10007-1312

RE:    Collymore v. City of New York
       Docket No. 16 CIV 8270 (LTS)(OTW)

Dear Judge Wang:

If it would not inconvenience the Court and or Defendants, I write to request the ability to call in today for the parties' 26(f) conference rather than to personally appear today.  I had every on intention of commuting today however, it appears that I am coming down with a cold.  My apologies for the inconvenience and however this is my first request in this case to call in rather than appear and I respectfully request Your Honor's lenience.

Respectfully submitted,

*Special Hagan, Esq.*

Special Hagan, Esq.

Counsel for Plaintiff
Robin Collymore

Cc     Dominque Saint-Fort, Esq.
       Counsel for Defendants

---

**Application DENIED.**

**SO ORDERED.**

_____
Ona T. Wang          10/31/19
U.S. Magistrate Judge