

—THE LAW OFFICES OF—

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

December 5, 2019

**MEMO ENDORSED**

**VIA ECF**
Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse for the Southern District of New York
500 Pearl St., Courtroom 20D
New York, New York 10007-1312

RE:   Collymore v. City of New York
      Docket No. 16 CIV 8270 (LTS)(OTW)

Dear Judge Wang:

I am writing to seek the court's intervention regarding the production of ESI. As per Your Honor's Order, I have attempted to meet and confer with Defendants' on the attached proposed ESI protocol. (Exhibit 1: Email to D. Saint Fort and Exhibit 2: Proposed ESI Protocol). As per the Fed. R. Civ. P. 37, I attempted to schedule a meet and confer with Mrs. Saint Fort on November 15 and Defendants responded on December 3rd with Your Honor's Proposed ESI Protocol. Additionally, Counsel has yet to produce any responsive ESI as per the parties' timely served document demands and interrogatories. They have yet to disclose whether they have searched for responsive ESI; and they have yet to disclose the number of documents that their initial searches have yielded. As such, Plaintiff is seeking the Court's intervention to compel the parties to develop a more transparent ESI protocol for the Court to approve. (Exhibit 2)

Respectfully submitted,

*Special Hagan, Esq.*

Special Hagan, Esq.

Counsel for Plaintiff
Robin Collymore

Cc   Dominque Saint-Fort, Esq.
     Counsel for Defendants

Application DENIED as premature.

**SO ORDERED.**

_____
Ona T. Wang              12/9/19
U.S. Magistrate Judge