

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

January 13, 2020

**MEMO ENDORSED**

**VIA ECF**
Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse for the Southern District of New York
500 Pearl St., Courtroom 20D
New York, New York 10007-1312

RE: Collymore v. City of New York
Docket No. 16 CIV 8270 (LTS)(OTW)

Dear Judge Wang:

I am writing to request a one week extension for the parties' joint status letter. As the Court is aware Mrs. Saint Fort has been out of the office until today, and in the interim I have depositions scheduled today until Friday in the matter of Gittens v. City of New York before Judge Ramos. Accordingly, I am respectfully requesting a week's extension to resolve some of the discovery disputes that I have previously brought to the Court's attention. Again, between Mrs. Saint Fort's schedule and the holidays the parties have not had an opportunity to meaningfully resolve their issues. Defendants do not consent to the request.

Respectfully submitted,

*Special Hagan, Esq.*

Special Hagan, Esq.

Counsel for Plaintiff
Robin Collymore

Cc    Dominque Saint-Fort, Esq.
      Counsel for Defendants

**Application DENIED.** Counsel were expected to work together in good faith to submit a joint status letter and joint agenda. Because Defendants do not consent to the extension request, Defendants shall submit their own status letter and proposed agenda by close of business, January 14, 2020, which will detail the parties' efforts to meet and confer prior to Thursday's conference. Plaintiff shall have until close of business, January 15, 2020 to submit a response, if any, to Defendants' letter. The Court will discuss the parties' issues raised in the status letter(s) at the January 16, 2020 conference.
**SO ORDERED.**

_____
Ona T. Wang          1/13/20
U.S. Magistrate Judge