

THE LAW OFFICES OF
*Special | Hagan*

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

January 13, 2020

**MEMO ENDORSED**

**VIA ECF**
Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse for the Southern District of New York
500 Pearl St., Courtroom 20D
New York, New York 10007-1312

RE:   Collymore v. City of New York
      Docket No. 16 CIV 8270 (LTS)(OTW)

Dear Judge Wang:

I apologize for any inconvenience to the Court, any miscommunication or mischeduling on my part. However, I am in a deposition all day on January 16th in the matter of Gittens v. City of New York, in front of Judge Ramos. Due to the level of deponent within the organization and the amount of time to complete fact discovery, I respectfully request the opportunity to re-schedule this week's status conference to a date at Your Honor's earliest convenience. I erroneously scheduled a deposition on the 16th and am profusely apologetic.

Respectfully submitted,

*Special Hagan, Esq.*

Special Hagan, Esq.

Counsel for Plaintiff
Robin Collymore

Cc   Dominque Saint-Fort, Esq.
     Counsel for Defendants

**Application DENIED.** This conference was scheduled in October 2019. By the **end of today, January 14, 2020**, Plaintiff's counsel shall submit a letter stating the time of the January 16 deposition, the name of the deponent, and the date that the deposition was scheduled or confirmed. In that letter, Plaintiff's counsel may request to appear at the January 16 status conference by telephone. Plaintiff's counsel is requested to serve a copy of this Order on defense counsel in the *Gittens* matter, Case No. 19-CV-272 (ER).

**SO ORDERED.**

_____
Ona T. Wang            1/14/20
U.S. Magistrate Judge