```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBIN COLLYMORE,                            :
                                            :
                Plaintiff,                  :          16-CV-8270 (LTS) (OTW)
                                            :
                -against-                   :          ORDER
                                            :
CITY OF NEW YORK, et al.,                   :
                                            :
                Defendants.                 :
                                            :
                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Defendants' proposed agenda and Plaintiff's response. (ECF 93-94). The January 16, 2020 Status Conference is hereby converted to a Telephone Status Conference. Please call Chambers at 212-805-0260 at **10:00 a.m. on Thursday, January 16, 2020** when all counsel are on the line.

Because the parties agree that the ESI protocol dispute is the primary reason for the current delay in discovery, the call will be limited to discussion of that issue only, particularly whether any party objects to use of the Court's Model Joint Electronic Discovery Submission, and, if so, why. The Court will make efforts to ensure that the call proceeds as efficiently as possible—and expects the parties to cooperate—in order to permit Plaintiff's counsel to expeditiously return to her deposition in *Gittens-Bridges v. City of New York*, No. 19-CV-272 (ER) (S.D.N.Y.). The Court thanks Defendants' counsel in *Gittens-Bridges* for their understanding. Plaintiff's counsel is directed to serve a copy of this Order and ECF 92 on Defendants' counsel in

*Gittens-Bridges*.

**SO ORDERED.**

Dated: January 15, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge