```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBIN COLLYMORE,                                            :
                                                            :
                    Plaintiff,                              :    16-CV-8270 (LTS) (OTW)
                                                            :
          -against-                                         :    ORDER
                                                            :
CITY OF NEW YORK, et al.,                                   :
                                                            :
                    Defendants.                             :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of parties' proposed revised discovery plan consistent with the Court's March 18, 2020 order. (ECF 111). The discovery deadlines are now:

- Status Letter: May 22, 2020.
- Fact discovery: June 23, 2020.
- Expert Discovery: July 24, 2020.

Depositions must be done in accordance with ECF 110 (*e.g.* no in-person deposition before May 1, 2020; and deposition plan(s) to be submitted via joint status letter 14 days before deposition(s)), the Federal Rules of Civil Procedure, and the Local Rules of the SDNY.

**SO ORDERED.**

                                           *s/ Ona T. Wang*

Dated: March 24, 2020                             **Ona T. Wang**
        New York, New York                  United States Magistrate Judge