UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBIN COLLYMORE,                                  :
                                                  :
                Plaintiff,             :
                                                  :    16-CV-8270 (LTS) (OTW)
                -against-             :
                                                  :    **ORDER**
CITY OF NEW YORK, et al.,                         :
                                                  :
                Defendants.            :
                                                  :
                                                  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On September 14, 2020, Defendants filed a letter motion for a Local Rule 37.2 conference alleging that Plaintiff's counsel was withholding Plaintiff's deposition because of "unspecified deficiencies" in Defendants' production and responses to document requests. (ECF 122 at 2). In response to the Court's Order to Show Cause (ECF 123), Plaintiff's counsel asserts that "neither Plaintiff nor I have refused her deposition." (ECF 124 at 1). The remainder of Plaintiff's 8-page letter outlines a series of alleged discovery deficiencies on Defendants' part. The Court rules as follows:

    **I.**    **Deposition dates**

The parties are directed to meet and confer **by 12:00 pm on September 18, 2020** regarding dates for Plaintiff's deposition *before* the close of discovery on October 6, 2020. Parties shall file their agreed-upon date on the docket **by 5:00 pm on September 18, 2020** for the Court to so-order. If parties fail to agree on dates, Plaintiff shall submit by letter on the docket, **by 12:00 pm on September 21, 2020**, 3 dates between September 22 and October 6, inclusive, at which she will make herself available for seven hours of testimony time.  *See* Fed.

R. Civ. P. Rule 30(d)(1). **No later than 5:00 pm the same day**, Defendants shall file a letter on the docket selecting one of those dates for Plaintiff's deposition and the Court will order that the deposition take place on that date.

If Plaintiff fails to identify any dates where she will appear for deposition, Defendants' letter shall identify 3 dates between September 22 and October 6, inclusive, when defense counsel is available to take Plaintiff's deposition, and the Court will order that Plaintiff's deposition take place on one or more of those dates.

**<u>Under no circumstances shall Plaintiff's appearance at her deposition be linked to, or made conditional or contingent on, any other event or discovery date in this case.</u>** The Court may impose a sanction on Plaintiff and/or her attorney if they impede, delay, or frustrate the fair examination of Plaintiff. *See* Fed. R. Civ. P. Rule 30(d)(2).

II. **Discovery disputes**

The Court construes the balance of ECF 124 to be Plaintiff's identification of Defendants' discovery deficiencies. The parties are directed to meet and confer on any unresolved deficiencies by any party in accordance with my Individual Practices by **5:00 pm on September 18, 2020**. If any disputes remain, the parties shall cross-move – by letter motion no longer than 10 pages – on any unresolved deficiencies by **5:00 pm on September 23, 2020**, opposition by **5:00 pm on September 30, 2020**. Any issue not raised in the briefing may be considered waived.

The Court warns that any motion must: 1) identify with particularity the alleged deficiencies; 2) request a remedy for each deficiency; and 3) provide legal support for the requested remedy, or risk denial. The Court may apportion costs under Federal Rules of Civil

Procedure 16, 37(a)(5)(A)-(C), 37(b), 28 U.S.C. § 1927 and/or the Court's inherent authority for frivolous motions.

The Clerk of Court is respectfully requested to deny ECF 122 as moot.

**SO ORDERED.**

Dated: September 16, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge