# THE LAW OFFICES OF
# Special | Hagan

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
SPECIAL@HAGANLAWOFFICES.NET

Tuesday, January 5, 2021

**VIA ECF**
Honorable Judge Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse for the Southern District of New York
500 Pearl St., Courtroom 20D
New York, New York 10007-1312

**MEMO ENDORSED**

RE:   Collymore v. City of New York
      16 CIV 8270 (LTS)(OTW)

Dear Honorable Judge Wang:

I respectfully write as an officer of the Court to request a stay of 60 days. I tested positive for Covid-19 this afternoon and will be pursuing additional treatment. In my previous correspondence to the Court, I identified pre-existing respiratory issues and other health conditions. I am currently experiencing shortness of breath, difficulty speaking, debilitating headaches, loss of smell and taste. As such, I will need time to recover and to pursue treatment.

Consistent with my current health status, I respectfully ask the Court to allow me 30 days to determine if I am able to resume litigation. If I am better, I will not need the full 60 days and will notify the Court.

In closing, I apologize for any inconvenience this may cause the Court and or Counsel. If the Court deems it necessary, I can send a copy to the Court via email of the positive test results for confirmation.

Respectfully submitted,

/s/

Special Hagan, Esq.
Attorney for Robin Collymore, Plaintiff

Cc   Dominique Saint Fort, Esq.
     Attorney for Defendants

---

Application granted; this action is STAYED until February 2, 2021 without prejudice to renew. By January 22, 2021, Defendants are directed to submit a letter describing the status of discovery.

The Court wishes Ms. Hagan a speedy and full recovery.

ECF 153 resolved.

SO ORDERED.

_____
Ona T. Wang   January 11, 2021
U.S.M.J.