**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

ROBIN COLLYMORE,                                    :
                                                    :
        Plaintiff,                         :       16-CV-8270 (LTS) (OTW)
                                                    :
        -against-                          :       **ORDER**
                                                    :
CITY OF NEW YORK, et al.,                            :
                                                    :
        Defendants.                        :
                                                    :
---------------------------------------------------------x

      **ONA T. WANG**, United States Magistrate Judge:

      The June 29, 2020 telephonic status conference scheduled for 2:30 pm is hereby converted to an in-person conference at the same time in Courtroom 20D, 500 Pearl Street, New York, New York. Parties shall familiarize themselves with and abide by the Southern District of New York's entry requirements available at https://www.nysd.uscourts.gov/covid-19-coronavirus.

      **SO ORDERED.**


                            _s/ Ona T. Wang_

Dated: June 2, 2021                      **Ona T. Wang**
      New York, New York          United States Magistrate Judge