```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBIN COLLYMORE,                                           :
                                                           :
                        Plaintiff,                         :
                                                           :    16-CV-8270 (LTS) (OTW)
                   -against-                               :
                                                           :    **ORDER**
CITY OF NEW YORK, et al.,                                  :
                                                           :
                        Defendants.                        :
                                                           :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

It is HEREBY ORDERED THAT:

- The June 29, 2021 post-discovery conference is hereby adjourned to **September 9, 2021 at 12:00 pm in Courtroom 20D**, 500 Pearl Street, New York, NY. All counsel shall appear in person.

- Plaintiff is directed to sit for deposition by **August 6, 2021**. By **July 7, 2021**, the parties shall submit the date(s) scheduled for Plaintiff's deposition for the Court to so order. Absent extraordinary good cause shown, **failure to complete Plaintiff's deposition by August 6, 2021 WILL RESULT IN A RECOMMENDATION FOR FAILURE TO PROSECUTE UNDER RULE 41(b).** As previously ordered on March 17, 2021, all other fact discovery closed on April 30, 2021.

- Every **Monday, starting July 12, 2021, by 12:00 pm**, Plaintiff and Defendants are directed to submit separate status letters confirming (or not) the parties' intentions to proceed on the scheduled date(s) and times for Plaintiff's deposition.

**SO ORDERED.**

Dated: June 28, 2021
      New York, New York

                                         *s/ Ona T. Wang*
                                         **Ona T. Wang**
                            United States Magistrate Judge