

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

GEORGIA M. PESTANA
*Acting Corporation Counsel*

CHRISTIN M. NIERMAN
Assistant Corporation Counsel
Phone: (212) 356-2479
Fax: (212) 356-1148
E-mail: cnierman@law.nyc.gov
*E-mail and Fax Not For Service*

July 6, 2021

**By ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Plaintiff shall sit for her deposition on July 22, 2021 at 10:00 am. SO ORDERED.
>
> **MEMO ENDORSED**
>
> Ona T. Wang    07/07/2021
> United States Magistrate Judge

Re: *Collymore v. City of New York, et al.*
16-cv-08270 (LTS)
Our No. 2017-009271

Dear Judge Wang:

      I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for the City of New York, Lisa Maluf, Matthew Austin, and David Kirks ("Defendants") in the above-referenced action. In response to Your Honor's Order dated, June 28, 2021 (see ECF Dkt. No. 182), the parties have agreed to reschedule Plaintiff's deposition for July 22, 2021, at 10:00 am, and submit this letter for the Court to so-order Plaintiff's deposition for this date and time.

      This rescheduled date will not affect any other scheduling dates in this case. Thank you for your consideration of this request.

Respectfully Submitted,

s/ *Christin M. Nierman*

Christin M. Nierman
Assistant Corporation Counsel

cc: Special Hagan, Esq. (By ECF)