**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ROBIN COLLYMORE, :
:
           Plaintiff, :      16-CV-8270 (LTS) (OTW)
:
           -against- :      **ORDER**
:
CITY OF NEW YORK, et al., :
:
           Defendants. :
:
:
------------------------------------------------------------x

    **ONA T. WANG**, **United States Magistrate Judge**:

    The Court has reviewed Defendants' and Plaintiff's letter motions to reopen discovery. (ECF 189, 190). If Plaintiff possesses a fourth recording, as referenced in her deposition, she is directed to produce it to Defendants by **September 24, 2021 at 5:00 p.m.** *See* ECF 189. If the "fourth recording" no longer exists, or cannot be produced, Plaintiff shall file a response explaining why, and when, and how it became unavailable by the same date.

    This Court has already ordered **both** Plaintiff and Defendants to search for and produce any text messages and/or instant messages between Plaintiff and Kirks, Austin and Maluf that **either party** has in their possession, custody or control. (ECF 145). To the extent that ECF 190 can be considered a motion to compel production of documents previously ordered by ECF 145, it is also denied; although Defendants may have given inconsistent or unclear answers regarding their documentation retention policies as they relate to text messages and instant messages, their discovery responses do not indicate that any responsive texts or instant messages currently exist.

The Clerk of Court is directed to close ECF No. 190. The Clerk of Court is also directed to close ECF No. 185 and ECF No. 187, both of which were improperly docketed as letter motions.

**SO ORDERED.**

Dated: September 21, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge