```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBIN COLLYMORE,                              :
                                              :
                Plaintiff,                    :    16-CV-8270 (LTS) (OTW)
                                              :
        -against-                             :         ORDER
                                              :
CITY OF NEW YORK, et al.,                     :
                                              :
                Defendants.                   :
                                              :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendants' request to serve a Request for Admission on the three recordings that Defendants already have in their possession and about which they deposed Plaintiff. (ECF 198). This request is **DENIED**. Should this case proceed to trial, Defendants may cross examine Plaintiff about these recordings, including by relying on Plaintiff's deposition testimony and the recordings themselves, as permitted by the Federal Rules of Evidence.

**SO ORDERED.**

Dated: October 15, 2021
   New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge