# MEMO ENDORSED



**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

NICHOLAS SCHAEFER
*Senior Counsel*
Labor & Employment Law Division
(212) 356-3187
nschaefe@law.nyc.gov

December 8, 2021

**BY ECF**
Honorable Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Application granted.  DE#204 resolved.

SO ORDERED.
Dated: December 9, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.

   Re: Collymore v. City of New York, et al.
      Docket No. 16 CV 8270 (LTS) (OTW)

Dear Judge Swain:

  I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.  As this Court is aware, on November 2, 2021, the Court set a deadline of December 10, 2021 for the parties to file motions.  See ECF Doc. No. 203.  The Defendants submit this letter to request an extension of 45 days to January 24, 2022 to file its intended motion for summary judgment.

  This is the first request for such relief and it is submitted with consent from plaintiff's counsel.  Moreover, as the final pre-trial conference is set for April 8, 2022, we do not anticipate this extension will affect any other deadlines.

  We thank you for your attention to this matter.

Respectfully submitted,

*/s/ Nicholas Schaefer*
Nicholas Schaefer
Senior Counsel

cc: Special Hagan (via ECF)
   Attorney for Plaintiff