

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**NICHOLAS SCHAEFER**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-3187
nschaefe@law.nyc.gov

February 10, 2022

**BY ECF**
Honorable Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

## MEMO ENDORSED

Re:  Collymore v. City of New York, et al.
     Docket No. 16 CV 8270 (LTS) (OTW)

Dear Judge Swain:

  I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.  Defendants write to request a one-week extension of defendants' time to move for summary judgment from February 14, 2022 to February 21, 2022.  Plaintiff's counsel has advised they do not object to the request.

  This short extension of time is necessary for me to complete  defendants motion papers in tandem with preparing my entire caseload in advance of my  impending  childcare leave, which is currently estimated  to commence in the last week of February.

  This is the third request for such relief and it would not impact any other deadlines.  See ECF Dkt. No. 206.  Plaintiff's opposition is not due until  May 3, 2022 and the final pre-trial conference is set for July 15, 2022.  Therefore, we do not anticipate this extension would impact any other deadlines.

  We thank you for your attention to this matter.

Respectfully submitted,

*/s/ Nicholas Schaefer*
Nicholas Schaefer
Senior Counsel

The requested extension of time is granted.  DE#208 resolved.

SO ORDERED.
Dated: February 11, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

- 2 -

cc: Special Hagan (via ECF)
      Attorney for Plaintiff