UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBIN COLLYMORE,

       Plaintiff,

  -v-                                                   No.  16-CV-8270-LTS-OTW

CITY OF NEW YORK, LISA MALUF,
MATTHEW AUSTIN, and DAVID KIRKS, in
their individual capacities and as aiders and
abettors,

       Defendants.

-------------------------------------------------------------X

## ORDER

The final pretrial conference scheduled for July 15, 2022, is rescheduled to **November 18, 2022, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
         July 1, 2022

                                                       /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge