UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBIN COLLYMORE,

       Plaintiff,

   -v-                                       No. 16-CV-8270-LTS-OTW

CITY OF NEW YORK, LISA MALUF,
MATTHEW AUSTIN, and DAVID KIRKS, in
their individual capacities and as aiders and
abettors,

       Defendants.
-------------------------------------------------------------X

## **O**RDER

The final pretrial conference scheduled for November 18, 2022, is rescheduled to **February 17, 2023, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
           November 9, 2022

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge