UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBIN COLLYMORE,

       Plaintiff,

 -v-                                                                                 No.  16-CV-8270-LTS-OTW

CITY OF NEW YORK, LISA MALUF,
MATTHEW AUSTIN, and DAVID KIRKS, in
their individual capacities and as aiders and
abettors,

       Defendants.
-------------------------------------------------------------X

### ORDER

The final pretrial conference scheduled for February 17, 2023, is rescheduled to **May 12, 2023, at 10:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
          February 1, 2023

                                                                                  /s/ Laura Taylor Swain
                                                                                LAURA TAYLOR SWAIN
                                                                                Chief United States District Judge