UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

ROBIN COLLYMORE,

                                                Plaintiff,

                    - against -

CITY OF NEW YORK; LISA MALUF; MATTHEW AUSTIN; AND DAVID KIRKS IN THEIR INDIVIDUAL CAPACITIES AS AIDERS AND ABETTORS,

                                                Defendants.

------------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

Case No. 16-CV-8270 (LTS)

        **PLEASE TAKE NOTICE**, that I am a Senior Counsel in the office of Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, recently assigned to represent the defendants in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below.

Dated:       New York, New York
                April 17, 2023

                                            **Hon. Sylvia Hinds-Radix**
                                            Corporation Counsel of the
                                              City of New York
                                            Attorney for Defendants
                                            100 Church Street, Room 2-175
                                            New York, New York 10007
                                            (212) 356-2444
                                            mdecastr@law.nyc.gov

                                       By:     /s/ *Maria Fernanda DeCastro*
                                                     Maria Fernanda DeCastro
                                                     Senior Counsel

To:       Special Hagan (via ECF)
           LAW OFFICES OF SPECIAL HAGAN
           Attorneys for Plaintiff
           196-04 Hollis Avenue
           Saint Albans, New York 11412
           (917)337-2439
           special@haganlawoffices.net