UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBIN COLLYMORE,

       Plaintiff,

  -v-                                                               No.  16-CV-8270-LTS-OTW

CITY OF NEW YORK, LISA MALUF,
MATTHEW AUSTIN, and DAVID KIRKS, in
their individual capacities and as aiders and
abettors,

       Defendants.

-------------------------------------------------------------X

## ORDER

The final pretrial conference scheduled for May 12, 2023, is rescheduled to **September 15, 2023, at 10:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       May 4, 2023

                                                       /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge