

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**DOMINIQUE F. SAINT -FORT**
*Senior Counsel*
Labor & Employment Law Division
(212) 356-2444
dosaint@law.nyc.gov

July 17, 2023

<u>**VIA ECF**</u>
Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Collymore v. City of New York, et al.*
     Docket No. 16 CV 8270 (LTS)(OTW)

Dear Judge Swain:

   I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write pursuant to Local Civil Rule 1.4, to inform the Court that as of September 21, 2023, I will no longer be an Assistant Corporation Counsel at the New York City Law Department. On April 17, 2023, Assistant Corporation Counsel Maria Fernanda Decastro appeared on behalf of Defendants. As such, I respectfully request that the Court issue an order withdrawing my appearance as counsel of record for the Defendants in the above referenced action.

               Respectfully submitted,

               */s/ Dominique F. Saint-Fort*
               Dominique F. Saint-Fort
               Senior Counsel

cc: Special Hagan, Law Offices of Special Hagan (via ECF)

   Maria Fernanda Decastro
   Assistant Corporation Counsel
   New York City Law Department
   mdecastr@law.nyc.gov