**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBIN COLLYMORE,

                Plaintiff,            16 **CIVIL** 8270 (LTS)(OTW)

     -against-                **JUDGMENT**

CITY OF NEW YORK; LISA MALUF;
MATTHEW AUSTIN; AND DAVID KIRKS
in their individual capacities and as aiders and
abettors,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 8, 2023, Defendants' motion for summary judgment is granted in its entirety. The pretrial conference currently scheduled for September 15, 2023, is cancelled. This Memorandum Order resolves docket entry no. 211. Judgment is entered in favor of Defendants and the case is closed.

**Dated:**  New York, New York
          September 11, 2023

                                            **RUBY J. KRAJICK**
                                                Clerk of Court

                 **BY:**

                                                  **Deputy Clerk**